United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DALE DUFFY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br><br>    Defendant. | Case No. 16-cv-05842-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On October 11, 2016, Plaintiff Nathaniel Dale Duffy filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Phyllis J. Hamilton to determine whether it is related to *Duffy v. Alameda County District Attorney's Office*, C-16-5601 PJH.

**IT IS SO ORDERED.**

Dated: November 30, 2016

                                                     Donna M. Ryu
                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL DALE DUFFY,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF'S OFFICE,

    Defendant.

Case No. 4:16-cv-05842-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Dale Duffy
17775 Peak Avenue
Morgan Hill, CA 95037

Dated: December 1, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Ivy Lerma Garcia, Deputy Clerk to the
    Honorable DONNA M. RYU